## UTAH COMMERCIAL AND SAVINGS BANK, RE-SPONDENT, *v.* THOMAS M. MORGAN, APPELLANT.

APPEAL.—DISMISSAL.—FAILURE TO FILE TRANSCRIPT.—Under rules
3 and 4 of the supreme court, a failure to file the trascript
on appeal, is cause for dismissing the appeal.

APPEAL from the district court of the third judicial
district, Hon. Charles S. Zane, judge.   The opinion states
the facts except the following:

Rules 3 and 4 of the supreme court are as follows: "If
the transcript be not filed within the time prescribed or
allowed [thirty days after the appeal has been perfected,
unless further time is given by the supreme court or a
justice thereof] the appeal may be dismissed on motion,"
etc.   "On such motion there shall be presented to the
court the certificate of the clerk of the court below, under
the seal of such court, certifying the amount and character
of such judgment, the date of its rendition, the fact and
date of the filing of the notice of appeal, and the fact,
date, and mode of service thereof; the fact and date of
the filing of the undertaking on appeal and that the same
is in due form and also that appellant has received a cer-
tified transcript of the record, or that he has failed to
request one, or has failed to pay, the legal fees therefor,
if the same were demanded," etc.

*Messrs. Ritchie and Ritchie,* for the appellant.

*Messrs. Whittemore and Waite,* for the respondent.

PER CURIAM:   On reading and filing the certificate of
the clerk of the third judicial district court, whereby it
appears that on July 5, 1893, a judgment was made, given

24

and entered in favor of plaintiff, respondent herein, and against defendant, appellant herein, for the sum of six hundred and twelve and 45-100 dollars, and twenty-seven and 50-100 costs with interest, and that on the 15th day of July, 1893, said appellant filed his notice of appeal from said judgment to this court and that on the same day an undertaking on appeal in due form was filed in said third district court, and it further appearing that no transcript of the record has been requested of the clerk of the said district court by said appellant for filing in this court, now, on motion of counsel for the respondent and under rules three and four in that behalf, it is ordered that the said appeal be and the same is hereby dismissed.